## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YAJAIRA OLIVO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-426 (JCH) |
| | : | |
| SOMNATH, INC., ET AL | : | |
|     Defendants | : | MARCH 23, 2004 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_√\_\_\_   A ruling on the following motion which is currently pending (orefm.): **Renewed Motion for Order to Give Deposition Testimony [Dkt. No. 25]**

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 23rd day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge