UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 30 P 3:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

YAJAIRA OLIVO            :
                         :
v.                       :    CIV. NO. 3:02CV426 (JCH)
                         :
SOMNATH INC., ET AL      :

### ORDER TO SHOW CAUSE

Defendants' Motion for Order to Give Deposition Testimony **[Doc. #25]** is **GRANTED**. The deposition will be held at the United States District Court for the District of Connecticut on the 14th day of June 2004 at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport.

SO ORDERED at Bridgeport this 30 day of April 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE