UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 30 P 3:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

YAJAIRA OLIVO

v.                                    CIV. NO. 3:02CV426 (JCH)

SOMNATH INC., ET AL

ORDER TO SHOW CAUSE

Non-party deponent Kevin Reyes having failed to appear at a deposition on January 20, 2003, was ordered by the Court to appear at a rescheduled deposition on June 30, 2003. Reyes appeared at the June deposition and invoked his Fifth Amendment privilege and refused to proceed with questioning. [Doc. #22 Ex. A]. On October 5, 2000, Reyes entered a plea of guilty to Criminal Trespass and Breach of Peace. He stipulated to having entered a hotel room without the consent of the owner and having committed a breach of peace therein. Originally charging Reyes with First Degree Sexual Assault, the State of Connecticut entered into a plea bargain with Reyes, after conferring with the victim. The sentence was issued at the hearing. On February 17, 2004, the parties renewed their motion for order to give deposition testimony and requested a court order compelling Reyes to give deposition testimony in this case.

It is HEREBY ORDERED that Kevin Reyes appear personally before the undersigned Judge of the United States District Court for the District of Connecticut on the 14th day of June 2004 at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 915 Lafayette

Boulevard, Bridgeport, then and there to attend a deposition. Attorney Paul Thomas, Federal Public Defender, will be present at the deposition to counsel Mr. Reyes. Mr. Reyes is encouraged to contact Attorney Paul Thomas at the Federal Public Defender's office in New Haven at (203) 493-6260 in advance of the scheduled deposition.

Defendant is hereby warned that his failure to appear could result in the issuance of a capias, an order to the U.S. Marshal to take the defendant into custody and bring him before the Court.

It is FURTHER ORDERED that this Order be served by certified mail, return receipt requested.

SO ORDERED at Bridgeport this 30 day of April 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE