UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



2004 AUG 25 P 12: 09

CIVIL ACTION NO. 3:02CV426(JCH)

| | |
|---|---|
| YAJAIRA OLIVO, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>SOMNATH, INC. f/k/a/ )<br>DESAI & SONS, INC. and )<br>SURESHSINH DESAI )<br>    Defendants )<br>) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

The parties to the above-entitled action, pursuant to the provision of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that the within Complaint be dismissed with prejudice and without attorneys fees or costs to any party.

Signed this _20th_ day of August, 2004.


THE PLAINTIFF,
YAJAIRA OLIVO

_____
MARK D MASON, ESQ.
CT #15439
Cooley, Shrair P.C.
1380 Main Street 5th Floor
Springfield, MA 01103
Tel. (413) 781-0750
Fax (413) 733-3042

THE DEFENDANTS,
SOMNATH, INC., f/k/a DESAI & SONS
and SURESHSHINH DESAI

_____
JEFFREY G. SCHWARTZ, EQ. ct 00534

Law Offices of Scott B. Clendaniel
P.O. Box 2138
Hartford, CT 06145-2138
Tel. (860) 377-7480
Fax (860) 277-9438

23968.1/66448